UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Leff,<br><br>                         Plaintiff,<br>v.<br><br>Verizon Wireless; and DOES 1-10, inclusive,<br><br>                         Defendant. | Civil Action No.:  3:13-cv-06249-MLC-LHG |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 12, 2014

                                          Respectfully submitted,

                                          By: /s/ Sofia Balile

                                          Sofia Balile, Esq.
                                          Lemberg & Associates LLC
                                          1100 Summer Street
                                          Stamford, CT 06905
                                          Phone: (917) 981-0849
                                          Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By_/s/ Sofia Balile_____

                                      Sofia Balile