UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Leff, <br><br> Plaintiff, <br> v. <br><br> Verizon Wireless; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.:  3:13-cv-06249-MLC-LHG |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Kenneth Leff ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 9, 2014

                Respectfully submitted,

                By: /s/ Sofia Balile

                Sofia Balile, Esq.
                Lemberg Law, LLC
                1100 Summer Street
                Stamford, CT 06905
                Phone: (917) 981-0849
                Facsimile:  (203) 653-3424
                Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                              By /s/ Sofia Balile

                                  Sofia Balile